1  EILEEN MATTEUCCI (SBN No.77327)
   Attorney at Law
2  901 Owhanee Court
   Fremont, Cal. 94539
3  Telephone: (510) 623-7556
   Fax No.:    (510) 226-6210
4
   Attorney for Plaintiff J.M.
5
   LOUIS A. LEONE (SBN No. 99874)
   Stubbs & Leone
6  2175 N. California Blvd., Suite 900
   Walnut Creek, Cal. 94596
7  Telephone: (925) 974-8600
   Fax:       (925) 974-8601
8
   Attorney for Defendant SRVUSD
9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 | J.M., a minor, by and through J.W.M., His | Case No. C05-00259 MJJ
   | Guardian Ad Litem,
   |                        Plaintiff,        | JOINT PROPOSED BRIEFING
13 |                                           | SCHEDULE AND ORDER THEREON
   | vs.
14 |                                           | Granted
   | SAN RAMON VALLEY UNIFIED SCHOOL
15 | DISTRICT,

16 |                        Defendant.

17 | _____

18        Pursuant to this Court's order the parties to the above-entitled action submit this joint

19 proposed briefing schedule for the disposition of this case:

20     July 25, 2005        Plaintiff's Motion for Summary Judgment

21     August 15, 2005      Defendant's Opposition and Request for Affirmative Relief

22     August 22, 2005      Plaintiff's Reply

23     October 25, 2005     Motion Hearing (to be moved to September 13, 2005 if notice of
                            settlement in companion case C-05-00769 is filed before 7/25/05)
24

25                              BRIEFING SCHEDULE AND ORDER
                                             1

Respectfully submitted,

Dated: June 17, 2005        /s/ Eileen Matteucci
                             EILEEN MATTEUCCI
                             Attorney for Plaintiff J.M.

Dated: June 17, 2005        /s/ Marisa R. Citres for
                             LOUIS LEONE
                             Attorney for Defendant SRVUSD


## ORDER

Pursuant to stipulation, the parties are ordered to comply with the attached joint proposed briefing schedule.

Dated: 6/24/2005            /s/
                             Hon. Martin J. Jenkins
                             U.S. District Court Judge

[APPROVED — Judge Martin J. Jenkins — United States District Court, Northern District of California]

BRIEFING SCHEDULE AND ORDER
2